**People of the State of Illinois, Plaintiff-Appellee, v. L. G. Young, Defendant-Appellant.**

Gen. No. 68–18. 

Second Judicial District.

December 13, 1968.

Lapping, Niederman, and Facktor, and Sam Adam, of Chicago, for appellant; John L. Moore, State's Attorney, of Oregon, for appellee. Opinion by JUSTICE SEIDENFELD. Not to be published in full.